| Attorney or Party Name, Address, Telephone & Fax Numbers and California State Bar Number | | FOR COURT USE ONLY |
|---|---|---|
| PHILLIP B GREER<br>1280 BISON ROAD B9-531<br>NEWPORT BEACH, CALIFORNIA 92660<br>(949) 640-8911 | Robert T. Kugler (MN #194116)<br>Robert L. DeMay (MN #22081)<br>Jacob B. Sellers (MN #348879)<br>**LEONARD, STREET AND DEINARD**<br>*Professional Association*<br>150 South Fifth Street<br>Suite 2300<br>Minneapolis, MN 55402<br>Telephone: (612) 335-1500<br><br>*-and-*<br><br>Scott E. Blakeley (State Bar No. 141418)<br>E-Mail: SEB@BandBLaw.com<br>Bradley D. Blakeley (State Bar No. 189756)<br>E-Mail: BBlakeley@BandBLaw.com<br>**BLAKELEY & BLAKELEY LLP**<br>1000 Quail Street, Suite 200<br>Newport Beach, CA 92660<br>Telephone: (949) 260-0611<br>Facsimile: (949) 260-0613<br><br>**ATTORNEYS FOR DEFENDANTS** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Fruehauf Trailer Corporation<br>            Debtor(s) | CHAPTER: 11<br><br>CASE NO.: Case No. 96-1563 through 96-1572 (Jointly Administered) |
| Chriss W. Street<br><br>                                                    Plaintiff(s).<br>                        vs.<br>End of the Road Trust and American | ADVERSARY NO.:08-1868 RN |
| | DATE: January 22, 2009<br>TIME:    9:30 A.M<br>PLACE:   Ctrm. 1645 |

_____

Revised August 2005  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.        **F 7016-1.1**

Joint Status Report – Page 2 F 7016-1.1

| Trailer Industries, Inc. | |
|---|---|
| | Defendant(s). |

# JOINT STATUS REPORT
# LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**PLEADINGS/SERVICE:**

    **Have all parties been served?** ☒ **Yes** ☐ **No**

    **Have all parties filed and served answers to the complaint/** ☒ **Yes** ☐ **No**
        **counter-complaints/etc.?**

    **Have all motions addressed to the pleadings been resolved?** ☒ **Yes** ☐ **No**

    **Have counsel met and conferred in compliance with Local Bankruptcy** ☒ **Yes** ☐ **No**

    **If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below (or on attached page):**

*(Continued on next page)*

_____

Revised August 2005  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

Joint Status Report – Page 3                           F 7016-1.1

| In re: | CHAPTER: 11 |
|---|---|
| Fruehauf Trailer Corporation<br>            Debtor(s) | CASE NO.: Case No. 96-1563 through 96-1572 (Jointly Administered) |
| | ADVERSARY NO.: 08-1868 RN |

**READINESS FOR TRIAL**

    **When will you be ready for trial in this case:**

        <u>Plaintiff</u>                                                            <u>Defendant</u>
           September 1, 2009                                  Currently trial ready

    **If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.**

        <u>Plaintiff</u>                                                            <u>Defendant</u>


    **When do you expect to complete <u>your</u> discovery efforts?**

        <u>Plaintiff</u>                                                            <u>Defendant</u>
           August, 2009                                            Complete

    **What additional discovery do you require to prepare for trial?**

        <u>Plaintiff</u>                                                            <u>Defendant</u>
           Depositions                                                None

**TRIAL TIME**:

    **What is your estimate required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable?)**

        <u>Plaintiff</u>                                                            <u>Defendant</u>
           Two (2) days                                            One (1) day

    **How many witnesses do you intend to call at trial (including opposing parties)?**

        <u>Plaintiff</u>                                                            <u>Defendant</u>
           Three (3) to five (5)                                Two (2) to three (3)

    **How may exhibits do you anticipate using at trial?**

        <u>Plaintiff</u>                                                            <u>Defendant</u>
           Twenty (20)                                              Twenty five (25)

___

*(Continued on next page)*

| In re: | CHAPTER: 11 |
|---|---|
| Fruehauf Trailer Corporation<br>Debtor(s) | CASE NO.: Case No. 96-1563 through 96-1572 (Jointly Administered) |
| | ADVERSARY NO.: 08-1868 RN |

**PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference ☒ is/☐ (is not) requested.<br>Reasons: | Pre-trial conference ☒ is/☐ (is not) requested.<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference should be set <u>after</u>: | Pre-trial conference should be set <u>after</u>: |
| (date)   Concurrent with companion matter | (date)   Earliest available date |

**SETTLEMENT**:

**What is the status of the settlement efforts: Settlement efforts were unsuccessful.**

**Has this dispute been formally mediated?**          ☐ Yes    ☒ No
    **If so, when?**

**Do you want this matter sent to mediation at this time:**

| Plaintiff | Defendant |
|---|---|
| ☒ Yes ☐ No | ☐ Yes ☒ No |

_____

Revised August 2005  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

*(Continued on next page)*

_____

Revised August 2005  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

| In re: | CHAPTER: 11 |
|---|---|
| Fruehauf Trailer Corporation<br>Debtor(s) | CASE NO.: Case No. 96-1563 through 96-1572 (Jointly Administered) |
| | ADVERSARY NO.: 08-1868 RN |

**ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL**: (Use additional page if necessary.)

Plaintiffs' Comments:

This matter was just recently transferred from Delaware to Southern California, along with the companion matter. Plaintiff contends that both matters should be tried in Orange County, as opposed to Los Angeles County and will be making a motion to have the matter transferred shortly.

Defendant's Comments:

On September 17, 2008, the United States Bankruptcy Court for the District of Delaware denied Plaintiff's motion for summary judgment. The Delaware Court found the employment agreements upon which Plaintiff's claim rely invalid and unenforceable. The Delaware Court stated the Plaintiff could go forward, but would have to establish that the Successor Trustee abused his discretion under the Trust Agreement when he declined to advance litigation cost to Plaintiff. The Delaware Court did not address, and therefore left for trial, the issue of whether Plaintiff has standing to assert any such abuse of discretion. After the Delaware Court's summary judgment decision, Plaintiff's counsel stated that they would be dismissing this case. Defendants respectfully contend that this case should be dismissed and, if not, tried immediately.

Respectfully submitted,

| Dated: January 8, 2009 | Dated: January 8, 2009 |
|---|---|
| Law Office of Phillip B. Greer<br>Firm Name | Blakeley & Blakeley LLP<br>Firm Name |
| By: /s/ Phillip B. Greer | By: /s/ Bradley D. Blakeley |
| Name: Phillip B. Greer | Name: Bradley D. Blakeley |
| Attorney for: Plaintiff | Attorney for: Defendant |

_____

Revised August 2005  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**