Robert T. Kugler (MN #194116)
Robert L. DeMay (MN #22081)
Jacob B. Sellers (MN #348879)
LEONARD, STREET AND DEINARD
  *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

*-and-*

Scott E. Blakeley (CA Bar No. 141418)
E-Mail: seb@blakeleyllp.com
Bradley D. Blakeley (CA Bar No. 189756)
E-Mail: bblakeley@blakeleyllp.com
BLAKELEY & BLAKELEY LLP
1000 Quail Street, Suite 200
Newport Beach, CA 92660
Telephone: (949) 260-0611
Facsimile: (949) 260-0613

Attorneys for Defendants,
The End of the Road Trust and American
Trailer Industries

**FILED & ENTERED**

**FEB 25 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jones    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Fruehauf Trailer Corporation<br><br>                                 Debtors | Case No. 96-1563 through 96-1572<br>(Jointly Administered)<br><br>Chapter 11 |
| Chriss W. Street<br><br>                                 Plaintiff,<br><br>vs.<br><br>The End of the Road Trust and American Trailer Industries, Inc.<br><br>                                Defendants. | Adv. Nos. 08-01868 RN<br><br>**ORDER DENYING CHRISS W. STREET'S MOTION TO TRANSFER MATTER**<br><br>Date:     **February 19, 2009**<br>Time:    **10:30 a.m.**<br>**Location: Courtroom 1652** |

**ORDER DENYING CHRISS W. STREET'S MOTION TO TRANSFER MATTER**
1

Blakeley &
Blakeley LLP

1    A hearing on Chriss W. Street's ("Street") Motion to Transfer Matter was held on February 19, 2009 at 10:30 a.m., in Courtroom 1652 of the above-entitled Court. Appearances were noted on the record at the time of hearing. For the reasons set forth on the record at the time of hearing,

**IT IS ORDERED THAT** Street's Motion to Transfer Matter is hereby denied.

###

DATED: February 25, 2009

United States Bankruptcy Judge

Blakeley & Blakeley LLP

**ORDER DENYING CHRISS W. STREET'S MOTION TO TRANSFER MATTER**

2

Main Document    Page 3 of 6

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

The foregoing document **ORDER DENYING CHRISS W. STREET'S MOTION TO TRANSFER MATTER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On <u>February 24, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 24, 2009 | Abigail Stecker | /s/ Abigail Stecker |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Blakeley & Blakeley LLP

**ORDER DENYING CHRISS W. STREET'S MOTION TO TRANSFER MATTER**

2

1 | **Service List**

2 | **Counsel for Chris Street**
3 | Phillip B. Greer, Esq.
  | Law Offices of Phillip B. Greer
4 | 1280 Bison Suite B9 531
  | Newport Beach, CA 92660

| In re: Fruehauf Trailer Corporation | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 08-01868 |

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING CHRISS W. STREET'S MOTION TO TRANSFER MATTER** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 24, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Bradley D. Blakeley, bblakeley@bandblaw.com
Robert T. Kugler, Robert.kugler@leonard.com
US Trustee (LA), ustpregion16,la,ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

N̶ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

Blakeley & Blakeley LLP

**ORDER DENYING CHRISS W. STREET'S MOTION TO TRANSFER MATTER**
2

**SERVED BY THE COURT VIA U.S. MAIL**

**Attorney for Chris W. Street**
**Phillip B Greer, Esq**
Law Offices of Phillip B. Greer
1280 Bison Suite B9 531
Newport Beach, CA 92660

**Movants**
**Daniel Harrow**
2312 Janet Lee Drive
La Crescenta, CA  91214

**Robert T Kugler, Esq**
Leonard, Street and Deinard
150 S 5th St Ste 2300
Minneapolis, MN 55402

**Jacob B Sellers, Esq**
Leonard, Street and Deinard
150 South Fifth Street #2300
Minneapolis, MN 55402

**Bradley D Blakeley, Esq**
Blakeley & Blakeley LLP
1000 Quail St Ste 200
Newport Beach, CA 92660

Blakeley &
Blakeley LLP

**ORDER DENYING CHRISS W. STREET'S MOTION TO TRANSFER MATTER**

2