FILED
JUN 3 0 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Fruehauf Trailer Corporation | Case No. LA 96-1563 throught 96-1572<br>(Jointly Administered)<br><br>Adv. No. 08-01868 RN<br><br>Chapter 11<br><br>**NOTICE OF RESCHEDULED HEARING** |
| Street<br>vs<br>The End of the Road Trust and<br>American Trailer Ind | **OLD DATE:**<br>Date: September 10, 2009<br>Time: 10:30 A.M.<br>Place: Courtroom 1645<br><br>**NEW DATE:**<br>Date: September 16, 2009<br>Time: 10:30 A.M.<br>Place: Courtroom 1645 |

**TO ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that the status conference scheduled on: **September 10, 2009 at 9:30 a.m.** before the Honorable Richard M. Neiter Courtroom 1645 of the United States Bankruptcy Court, 255 E Temple Street, Los Angeles, California 90012, **is hereby rescheduled to September 16, 2009 at 9:30 a.m.**, before the Honorable Richard M. Neiter, Courtroom 1645 of the United States Bankruptcy Court, 255 E Temple Street, Los Angeles, CA 90012.

Dated: June 30, 2009

Cynthia Lewis
**DEPUTY CLERK**

## SERVICE LIST

The below parties were served via Notice of Electronic Filing (NEF) or U.S. Mail.

### Parties Served via Notice of Electronic Filing (NEF)

United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

Bradley D Blakeley bblakeley@bandblaw.com

Robert T Kugler robert.kugler@leonard.com

### Parties served via U. S. Mail

Please see the attached list.

1

2

3

4  **U.S. TRUSTEE** (electronically served)     **Attorney For Defendant**
   725 S. Figueroa St., 26th Floor         David L Finger
5  Los Angeles, CA 90017                       Finger & Slanina P. A.
                                                One Commerce Center
6  **Attorney for Plaintiff**                  1201 Orange St Ste 725
   Phillip B Greer                             Wilmington DE 19801-1155
7  1280 Bison Rd  B9-531
   Newport Beach, CA 92660                     Jacob B Sellers
8                                              Leonard Street and Deinard
   Ashley B Stitzer                            150 S Fifth St
9  Bayard P.A.                                 Minneapolis MN 55402
   P O Box 25310
10 Wilmington DE 19899                         Robert T Kugler
                                                Leonard Street and Deinard
11 Phillip T Mellet                            150 S Fifth St
   Pepper Hamilton LLP                         Minneapolis MN 55402
12 Hercules Plaza Ste 5100
   1313 Market St
13 Wilmington DE 19801

14 Edmond D Johnson
   Pepper Hamilton LLP
15 1313 Market St
   P O Box 1709
16 Wilmington DE 19899

17 Mary E Augustine
   Bayard P. A.
18 222 Delaware Ave Ste 900
   P O Box 25130
19 Wilmington DE 19899-5130

20 Neil B Glassman
   Bayard P. A.
21 222 Delaware Ave Ste 900
   Wilmington DE 19801
22
   Peter Benson Ladig
23 Bayard P. A.
   222 Delaware Ave Ste 900
24 Wilmington DE 19801

25

26